UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF

Case No. 3:21-mj- 1402-JRK

ALEJANDRO DE LA CRUZ JACOBO
Material Witness

### ORDER FOR WARRANT

Before the Court is the Application for Issuance of Material Witness Arrest Warrant, which was filed by the United States.   From the affidavit attached to the application, it appears that ALEJANDRO DE LA CRUZ JACOBO is a material witness in the criminal proceedings of United States v. Guillermo Roman Alonso, Case No. 3:21-mj- 1401-JRK , and that it is impracticable to secure his presence by subpoena.   Accordingly, the Application for Issuance of Material Witness Arrest Warrant is hereby GRANTED.   Pursuant to 18 U.S.C. § 3144, the Court will issue a warrant commanding the United States Marshal or any duly authorized officer to arrest ALEJANDRO DE LA CRUZ JACOBO and bring him before the nearest available United States Magistrate Judge to set conditions for his release, if appropriate, in accordance with 18 U.S.C. § 3142.

DONE AND ORDERED at Jacksonville, Florida, this 20th day of August, 2021.

James R. Klindt
JAMES R. KLINDT
United States Magistrate